IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joshua Lee Fuston, :
:
    Plaintiff(s), :
: Case Number: 1:11cv224
  vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 23, 2012 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 10, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                                                                                 s/Susan J. Dlott
                                                                                               Chief Judge Susan J. Dlott
                                                                                               United States District Court