IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Joshua Lee Fuston, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv224 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 17, 2012 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 3, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court ORDERS that Equal Access to Justice Act fee petition is **GRANTED** and plaintiff is **AWARDED** $5,689.00 in attorney fees.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court